# Third District Court of Appeal
## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1647
Lower Tribunal No. 20-9550 CC
_____

**Refolio Holdings LLC,**
Appellant,

vs.

**Dominique Benjamin,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Josef Timlichman Law PLLC, and Josef Timlichman, for appellant.

Rosenberg & Cummings PLLC, and Marc E. Rosenthal and Casey R. Cummings (Ft. Lauderdale), for appellee.

Before LOGUE, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.